Decided February 24, 1994

STATE OF CONNECTICUT *v.* LIONEL BROWN

The defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 339 (AC 11067), is granted, limited to the following issue:

"Should the Appellate Court have directed the trial court to conduct a hearing into allegations of juror misconduct in the circumstances of this case?"

The Supreme Court docket number is 14883X01.

*Lauren Weisfeld,* assistant public defender, in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided February 24, 1994